# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA WILSON<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITEDHEALTH GROUP, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2: 12-cv-01349-MCE-AC<br><br>**ORDER OF RELIEF BASED ON STIPULATION OF THE PARTIES** |

　　　　On March 31, 2015, this Court issued an Order to Show Cause as to why the matter should not been dismissed given its inactivity since the Court's order staying proceedings on December 6, 2012.  Thereafter, on April 9, 2015, the parties advised the Court that a tentative settlement has been reached, but that time is needed to effectuate that settlement.  Consequently, based on the parties Notice of Conditional Settlement of Entire Case and Stipulated Request for Order of Relief (ECF No. 22), and good cause appearing, the Court order as follows:

1. This matter shall be continued for ninety (90) days. Plaintiff shall file a dismissal with prejudice immediately upon performance of the terms of any Settlement Agreement

- 1 -

ORDER

No. CV13-1684 MWF

THE DOLAN LAW FIRM
The Dolan Building
1438 Market Street
San Francisco, CA
94102
Tel: (415) 421-2800
Fax: (415) 421-2830

1  executed by the parties. Should any unforeseen problems arise in finalizing the terms of
2  a Settlement Agreement for any reason, Plaintiff shall immediately notify the Court and
3  provide an update stating why this matter should not be dismissed.   Should the
4  contemplated settlement not be reached within ninety ((90) days, the parties are
5  directed to file a Joint Status Report not later than July 17, 2015.
6      IT IS SO ORDERED.
7  Dated:  April 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 2 -

ORDER

No. CV13-1684 MWF